UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| ANATOLIY DOROSHCHUK, | ) | NO. CV-11-5052-JPH |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING REPORT** |
| | ) | **AND RECOMMENDATION** |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

**BEFORE THE COURT** is the magistrate judge's report, ECF No. 25, recommending the Court **grant** the parties' stipulated motion for remand (ECF No. 24), **reverse** and **remand for further administrative proceedings, and enter judgment for Plaintiff.** No objections have been filed.

Having reviewed the report and the files and records herein, the Court adopts the magistrate judge's report and recommendation in its entirety.

**IT IS ORDERED**:

The recommendation, **ECF No. 25,** to grant the parties' stipulated motion for remand pursuant to sentence four of 42 U.S.C. § 405(g) and REVERSE and REMAND for further administrative proceedings is **ADOPTED in its entirety**. As a consequence, Plaintiff's motion for summary judgment, ECF No. 22, is **DENIED as**

Case 2:11-cv-05052-JPH    Document 26    Filed 03/28/12

1 | **moot.**
2 |     **IT IS SO ORDERED.** The District Court Executive is directed to
3 | enter this Order, enter judgment for Plaintiff, forward copies to
4 | the parties and Magistrate Judge Hutton, and close the file.
5 |     DATED this 28th day of March, 2012.

                                         *s/ Rosanna Malouf Peterson*
                                         ROSANNA MALOUF PETERSON
                                   Chief United States District Judge