1

2                    **UNITED STATES DISTRICT COURT**

3                    **EASTERN DISTRICT OF WASHINGTON**

4

5    ANATOLIY DOROSHCHUK,              )
                                       )
6              Plaintiff,              )
                                       )          NO.  CV-11-5052-JPH
7         vs.                          )
                                       )          **JUDGMENT IN A**
8    MICHAEL J. ASTRUE,                )          **CIVIL CASE**
     Commissioner of Social Security,  )
9                                      )
               Defendant.              )
10                                     )
                                       )
11   _____ )

12   **STIPULATION BY THE PARTIES:**

13         The parties have stipulated to the remand of the captioned matter pursuant to

14   sentence four of 42 U.S.C. § 405(g).

15         **IT IS ORDERED AND ADJUDGED** that:

16         The matter is **REMANDED** for additional proceedings pursuant to sentence

17   four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be

18   **CLOSED.**

19         DATED this 28th day of March, 2012.

20                                       JAMES R. LARSEN
                                         District Court Executive/Clerk
21

22

23                                       by:   s/Pamela A. Howard
                                                   Deputy Clerk
24

25

26   cc: all counsel