1

2                  UNITED STATES DISTRICT COURT

3                  EASTERN DISTRICT OF WASHINGTON

4
ANATOLIY DOROSCHCHUK,        )    NO. CV-11-5052-JPH
5                            )
                             )    **ORDER ADOPTING REPORT**
6           Plaintiff,       )    **AND RECOMMENDATION**
     vs.                     )
7                            )
MICHAEL J. ASTRUE,           )
8 Commissioner of Social     )
Security,                    )
9                            )
                             )
10          Defendant.       )
_____  )
11
        **BEFORE THE COURT** is the Report and Recommendation, ECF No.
12
33, to **grant** Plaintiff's motion for attorney fees pursuant to the
13
EAJA, ECF No. 28**.** Defendant objected to the amount requested, ECF
14
No. 32.
15
        Having reviewed the Report and Recommendation and the files
16
and records herein, the Court adopts the magistrate judge's report
17
and recommendation in its entirety.
18
        **IT IS ORDERED** that:
19
        1. The recommendation, **ECF No. 33,** to grant Plaintiff's
20
motion for fees pursuant to the EAJA as set forth in the report is
21
**ADOPTED in its entirety.**
22
///
23
///
24
///
25
///
26
///
27
///
28

-1-

2. Plaintiff's motion, **ECF No. 28**, is **GRANTED**.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, forward copies to the parties and Magistrate Judge Hutton, and close the file.

DATED this 26th day of July 2012.

*S/Rosanna Malouf Peterson*
CHIEF JUDGE ROSANNA MALOUF PETERSON
United States District Court
